UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VICTOR HUGO PASANTEZ CASTRO,

                Petitioner,

   - against -

RAUL MALDONADO, JR., Warden
Metropolitan Detention Center, Brooklyn, NY;
PAMELA BONDI, Attorney General;
KRISTI NOEM, Secretary of the Department
of Homeland Security; TODD LYONS, field
office director for U.S. Immigration and
Customs Enforcement (ICE) in New York;
                Respondents.
-------------------------------------------------------X

**JUDGMENT**
CV 25-6844 (JMA)

A Memorandum & Order of Honorable Joan M. Azrack, United States District Judge, having been filed on December 23, 2025; granting the petition for a writ of habeas; and ordering Respondents to release Petitioner from custody immediately, and to submit a letter on the docket within 24 hours of the December 23, 2025 Order confirming Petitioner's release, it is

**ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; and that Respondents are ordered to release Petitioner Victor Hugo Pesantez Castro from custody immediately, and to submit a letter on the docket within 24 hours of the December 23, 2025 Order confirming Petitioner's release.

Dated: December 30, 2025
       Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT
                             By:   /s / Jazmin M. Cubano
                                            Deputy Clerk

.